IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **KIMBERLY YVETTE FLORES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:11-cv-00134-O-BF |
| **MICHAEL J. ASTRUE,** § | |
| **Commissioner of the Social Security** § | |
| **Administration,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED** on this **9th day** of **October, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**